IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**TRAVIS McKINNEY,**

      **Petitioner,**

v.                                              Case No. 4:14cv238-MW/CAS

**JULIE L. JONES, Secretary,**
**Florida Department of Corrections,**

      **Respondent.**
_____/

**ORDER ACCEPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 21, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 25. Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The second amended § 2254 petition, ECF No. 7, is **DENIED**. A certificate of appealability is **DENIED** and leave to appeal *in forma pauperis* is **DENIED**." The

1

Clerk shall close the file.

**SO ORDERED on February 21, 2017.**

<u>s/Mark E. Walker</u>____
**United States District Judge**
